# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ALEX-WAYNE DUNCAN**                                                              **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 2:20-CV-81-KS-MTP**

**JUDGE CAROL JONES-RUSSELL**                                    **DEFENDANT**

## ORDER

On April 23, 2021, the Magistrate Judge entered his Report and Recommendation [23] that this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with the Court's orders. The Court considered the Report and Recommendation [23], as well as the entire record. The Court concludes that the Report and Recommendation [23] should be adopted as the opinion of the Court.

Therefore, the Court **dismisses this case without prejudice**. A separate final judgment will follow.

SO ORDERED AND ADJUDGED this 28th day of June, 2021.

                                                   /s/    Keith Starrett
                                                                      KEITH STARRETT
                                         UNITED STATES DISTRICT JUDGE